```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 04294
    JACQUELINE HAWKINS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-9615

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/18/2006 and was confirmed 06/07/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was completed - no discharge 06/13/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
CITY OF CHICAGO WATER DE  SECURED              348.54           .00           348.54
COUNTRYWIDE HOME LOANS    CURRENT MORTG          .00            .00             .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE        2202.18          .00          2202.18
RESURGENT CAPITAL SERVIC  UNSECURED             175.96          .00            17.60
JEFFERSON CAPITAL SYSTEM  UNSECURED             215.02          .00            21.50
CAPITAL ONE               UNSECURED            1704.86          .00           170.49
CALVARY PORTFOLIO SVCS    FILED LATE           1381.54          .00             .00
CITY OF CHICAGO PARKING   UNSECURED              60.00          .00             6.00
COLLECTION COMPANY OF AM  UNSECURED           NOT FILED         .00             .00
ASSET ACCEPTANCE LLC      UNSECURED             100.00          .00            10.00
COMMONWEALTH EDISON       UNSECURED           NOT FILED         .00             .00
ILLINOIS COLLECTION SERV  UNSECURED           NOT FILED         .00             .00
ILLINOIS COLLECTION SERV  UNSECURED           NOT FILED         .00             .00
ILLINOIS COLLECTION SERV  UNSECURED           NOT FILED         .00             .00
ILLINOIS COLLECTION SERV  UNSECURED           NOT FILED         .00             .00
ILLINOIS DEPT OF HUMAN S  UNSECURED             918.00          .00            91.80
NCO FINANCIAL SYSTEM      UNSECURED           NOT FILED         .00             .00
PAYDAY LOAN STORES OF IL  UNSECURED           NOT FILED         .00             .00
PAY DAY LOAN STORE        UNSECURED           NOT FILED         .00             .00
PEOPLES GAS LIGHT & COKE  UNSECURED            1333.60          .00           133.36
PEOPLES GAS LIGHT & COKE  UNSECURED           NOT FILED         .00             .00
UPTOWN CASH               UNSECURED           NOT FILED         .00             .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT         175.25          .00           175.25
COUNTRYWIDE HOME LOANS    NOTICE ONLY         NOT FILED         .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY         2,802.50                       2,802.50
TOM VAUGHN                TRUSTEE                                              323.74
DEBTOR REFUND             REFUND                                               746.26

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 04294 JACQUELINE HAWKINS
```

```
TRUSTEE                                        7,049.22

PRIORITY                                                         175.25
SECURED                                                        2,550.72
UNSECURED                                                        450.75
ADMINISTRATIVE                                                 2,802.50
TRUSTEE COMPENSATION                                             323.74
DEBTOR REFUND                                                    746.26
                                         ---------------  ---------------
TOTALS                                         7,049.22        7,049.22
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                        /s/ Tom Vaughn
     Dated: 01/29/09                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE












                              PAGE   2
          CASE NO. 06 B 04294 JACQUELINE HAWKINS